UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER STEVENSON                               CIVIL ACTION
(#509582)

VERSUS

JAMES M. LEBLANC, ET AL.                            NO. 22-00075-BAJ-RLB

RULING AND ORDER

Before the Court is Defendants James M. LeBlanc's and Timothy Hooper's **12(b)(1) & 12(b)(6) Motion To Dismiss (Doc. 17)**. The Motion is opposed. (Docs. 32–33).

On December 15, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 38, the "R&R")**, recommending that Defendants' Motion be granted, and that Plaintiff's claims be dismissed with prejudice. Plaintiff objects to the R&R. (Doc. 40).

As an initial matter, prior to filing his objection, Plaintiff sought an extension of time, (Doc. 39), which the Court construes as a request for additional time to file an objection to the Magistrate Judge's R&R. Insofar as Plaintiff's **Motion For Extension Of Time (Doc. 39)** asks the Court to permit his late-filed objection to the R&R, Plaintiff's motion is **GRANTED**. Plaintiff's objection (Doc. 40) shall be deemed timely filed.

Having carefully considered Plaintiff's Amended Complaint (Doc. 4), Defendants' Motion to Dismiss (Doc. 17), Plaintiff's opposition (Docs. 32–33), the Magistrate Judge's R&R (Doc. 38), Plaintiff's objection (Doc. 40), and all related

1

filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that **Defendants' 12(b)(1) & 12(b)(6) Motion To Dismiss (Doc. 17)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining pending motions be and are hereby **TERMINATED AS MOOT**.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 15th day of February, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA